# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALLEGIANT AIR, LLC; AND
ALLEGIANT TRAVEL COMPANY,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE JOSEPH
HARDY, JR., DISTRICT JUDGE,
Respondents,
and
JASON KINZER,
Real Party in Interest.

No. 75232

FILED

APR 2 5 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION*

This is an original petition for a writ of mandamus or prohibition challenging a district court's denial of summary judgment in a tort action. Having considered petitioners' argument and the supporting documents, we conclude that our extraordinary and discretionary intervention is not warranted. NRS 34.160; NRS 34.320; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004) (stating that an appeal is generally an adequate legal remedy precluding writ relief and recognizing that petitioner bears the burden of demonstrating that writ relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344, 950 P.2d 280, 281 (1997) (observing that this court generally will not consider writ petitions challenging orders denying

summary judgment motions); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d. 849, 851 (1991). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Douglas

_____, J.
Pickering

_____, J.
Hardesty

cc: Hon. Joseph Hardy, Jr., District Judge
   Jackson Lewis P.C.
   The Urban Law Firm
   Eighth District Court Clerk